UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE SONGBIRD CARE AND CONSERVATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RAY LAHOOD, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-02265-JST<br><br>**ORDER RE-NOTICING HEARING AND SETTING BRIEFING SCHEDULE**<br><br>Re: ECF No. 21 |

The Court has received the parties' stipulation and proposed order regarding the briefing schedule on Plaintiff's motion for a preliminary injunction. ECF No. 21. The Court sets the following schedule:

1. Defendants' deadline for responding to the motion is June 14, 2013.

2. Plaintiffs' deadline for filing a reply in support of their motion is June 20, 2013.

3. The Motion Hearing scheduled for July 11, 2013 (ECF No. 17) is hereby RE-NOTICED for Friday, June 28, 2013, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue.

**IT IS SO ORDERED**.

Dated: June 4, 2013

_____
JON S. TIGAR
United States District Judge