UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE SONGBIRD CARE AND CONSERVATION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTHONY FOXX, et al.,<br><br>  Defendants. | Case No. 13-cv-02265-JST<br><br>**ORDER REFERRING CASE TO MEDIATION** |

This matter is hereby referred to mediation through the Court's Alternative Dispute Resolution program. The parties will be advised of the date, time and place of appearance by notice from the Court's ADR program.

**IT IS SO ORDERED.**

Dated: November 17, 2013

_____
JON S. TIGAR
United States District Judge