UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE SONGBIRD CARE AND CONSERVATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHONY FOXX, et al.,<br><br>    Defendants. | Case No. 13-cv-02265-JST<br><br>**ORDER CONTINUING STAY**<br><br>Re: ECF No. 117 |

In light of the parties' joint status statement, the Court CONTINUES the stay of this action until February 28, 2014, at which time the parties will file another joint statement updating the Court about the status of the parties' settlement process. The Court considered the parties' February 24 hearing date effectively vacated by its order at ECF No. 109, but in any case now confirms that there will be no hearing February 24.

**IT IS SO ORDERED.**

Dated: February 13, 2014

_____
JON S. TIGAR
United States District Judge